**ORIGINAL**

**SEALED**
**BY ORDER OF THE COURT**

WARNING: THIS IS A SEALED DOCUMENT CONTAINING NON-PUBLIC INFORMATION

MERRICK B. GARLAND
Attorney General
RANDY S. GROSSMAN
United States Attorney
COLIN M. MCDONALD
California Bar No. 286561
Special Attorney to the Attorney General
880 Front Street, Room 6293
San Diego, CA 92101
(619) 546-9144
Colin.McDonald@usdoj.gov

Attorneys for the United States of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 30 2022

at 3 o'clock and 50 min. P M
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| CITY AND COUNTY OF HONOLULU, | CIVIL NO. 19-00026-JMS-RT |
|---|---|
| Plaintiff, | MOTION FOR RELEASE OF SEALED DOCKET SHEET TO THE UNITED STATES |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The United States of America, through its counsel, hereby moves for an order releasing the sealed docket sheet in this matter to the assigned Special Attorneys for the United States. This is to facilitate review of documents lodged there for purposes of identifying any potential discovery obligations in *United States v. Leong, et al.*, 21-cr-00142-LEK.

//

//

The currently assigned Special Attorneys were not assigned to this matter at the time it was active (and the former attorneys are no longer employed in our office). Accordingly, we seek a copy of the sealed docket sheet to determine which documents from this matter we have, and which documents we do not have. We understand that some pleadings in the case may have been filed *ex parte* with the Court. This motion does not seek access to those documents—we are only seeking a copy of the sealed docket sheet showing the activity in the case.

    Respectfully submitted,

DATED: March 30, 2022.

MERRICK B. GARLAND
Attorney General
RANDY S. GROSSMAN
United States Attorney

/s/ Colin McDonald
COLIN M. MCDONALD
Special Attorney

MERRICK B. GARLAND
Attorney General
RANDY S. GROSSMAN
United States Attorney
COLIN M. MCDONALD
California Bar No. 286561
Special Attorney to the Attorney General
880 Front Street, Room 6293
San Diego, CA 92101
619-546-9144
Colin.McDonald@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 19-00026-JMS-RT<br><br>CERTIFICATE OF SERVICE |

I HEREBY CERTIFY THAT a file-stamped copy of the above MOTION FOR RELEASE OF SEALED DOCKET SHEET TO THE UNITED STATES will be duly served on the following counsel at the electronic mailing address listed below:

**Robert M. Kohn**
Deputy Corporation Counsel
Department of the Corporation Counsel
City & County of Honolulu
530 South King Street, Room 110, Honolulu, HI 96813
Email: robert.kohn@honolulu.gov

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 30, 2022.

COLIN M. MCDONALD
Special Attorney

3