ORIGINAL

SEALED
BY ORDER OF THE COURT

cc: JMS

JMS

DANA M. O. VIOLA 6095
Corporation Counsel

ROBERT M. KOHN 6291
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street Room 110
Honolulu, Hawai'i 96813
Telephone: 768-5129
Facsimile: 768-5105
Email: robert.kohn@honolulu.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 31 2022

at 2 o'clock and 31 min. P M
CLERK, U.S. DISTRICT COURT

Attorney for
CITY AND COUNTY OF HONOLULU

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 19-00026 JMS-RT<br><br>RESPONSE TO UNITED STATES' MOTION FOR RELEASE OF SEALED DOCKET SHEET TO THE UNITED STATES; CERTIFICATE OF SERVICE<br><br>Judge: Hon. J. Michael Seabright<br><br>**UNDER SEAL FILING** |

RECEIVED
CLERK, U. S. DISTRICT COURT
MAR 31 2022  2:31 pm
DISTRICT OF HAWAII

## RESPONSE TO UNITED STATES' MOTION FOR RELEASE OF SEALED DOCKET SHEET TO THE UNITED STATES

The City and County of Honolulu files this response to the Government's motion seeking an order releasing the sealed docket sheet in this closed case, which has not been reopened. The City does not oppose the Government's reviewing the sealed docket sheet, provided that the Government agrees, prior to any such review, that it will not include, cite, reference, or otherwise use the sealed docket and information contained therein in any public filing in any case.

The City does not understand why a motion is being filed in this closed, sealed matter. The reason that the Government provided in its motion relates to its discovery obligations in an open criminal matter currently proceeding before Judge Kobayashi (Crim. No. 21-cr-00142 LEK). There is also a related matter, Civ. No. 22-mc-00103-LEK-WRP, which the City initiated when it received subpoenas requiring it to participate in discovery in the criminal case. A hearing on the City's motion to quash and for in camera submission is set for Friday April 1, 2022, at 3:00 p.m. before Judge Kobayashi. To the extent the Government has discovery obligations in the criminal matter or requires a judicial order so that it may comply with any such obligations, the City's position is that Judge Kobayashi is the appropriate Court to rule on any discovery issues or related motions in both 21-cr-00142 and 22-mc-00103, as she is currently doing.

If this Court is inclined to grant the motion, the City requests that the Court's Order require the Special Attorneys to abide by the confidentiality provisions in place for this sealed matter, and prohibit public citation to or usage of the sealed docket sheet.

DATED: Honolulu, Hawaiʻi, March 31, 2022.

DANA M. O. VIOLA
Corporation Counsel

By _____
ROBERT M. KOHN
Deputy Corporation Counsel

Attorney for
CITY AND COUNTY OF HONOLULU

3